


*17-000151993*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

---

ROBERT DICK

PLAINTIFF(S)

VS.

DEPOSITORS INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT

**CASE #:** 2017 CA 001654
**COURT:** CIRCUIT COURT
**COUNTY:** LEON
**DFS-SOP #:** 17-000151993

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Thursday, August 10, 2017 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, August 14, 2017 to the designated agent for the named entity as shown below.

DEPOSITORS INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE FL 32301

*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

Jimmy Patronis
Chief Financial Officer

JOHN H. FOOTE
222 W. 6TH AVE.
TALLAHASSEE FL 32303 United States

AJ1

Filing # 60156669 E-Filed 08/09/2017 11:16:14 AM

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FL

ROBERT DICK,

    Plaintiff,

vs.                                           CASE NO.: 2017 CA 001654

DEPOSITORS INSURANCE
COMPANY,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in the above styled cause upon the defendant:

    **Depositors Insurance Company**
    **c/o Florida Chief Financial Officer as RA**
    **200 E. Gaines St.**
    **Tallahassee, FL 32399-4201**

Each defendant is hereby required to serve written defenses to said complaint or petition on:

                                  **JOHN H. FOOTE**
                                  **THE FOOTE LAW FIRM**
plaintiff's attorney, whose address is: **222 W. 6TH AVENUE**
                                  **TALLAHASSEE, FL 32303**
                                  **(850) 224-1080**
                                  john@footelawfirm.com

within 20 days after service of this summons upon you, exclusive of the day of service, and to file the original of said defenses with the clerk of said court whether before service on plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for

*[Left margin stamp:]* RECEIVED AS STATUTORY REGISTERED AGENT on 10 August, 2017 and served on defendant or named party on 14 August, 2017 by the Florida Department of Financial Services

*[Handwritten:]* 8/10/17 2:45pm

the relief demanded in the complaint or petition.

WITNESS MY HAND AND SEAL of said Court.

DATE: _8/9/2017_

_____
As Clerk of said Circuit Court

By _Yolanda Smith_ D.C.

Filing # 60156669 E-Filed 08/09/2017 11:16:14 AM

                                            IN THE CIRCUIT COURT OF THE
                                            SECOND JUDICIAL CIRCUIT, IN
                                            AND FOR LEON COUNTY, FL

ROBERT DICK,

        Plaintiff,

vs.                                                     CASE NO.: 2017 CA 001654

DEPOSITORS INSURANCE
COMPANY,

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

        The Plaintiff, Robert Dick, sues the Defendant, Depositors Insurance Company, and alleges:

        1.       This is an action for damages in excess of $15,000.00. Venue and jurisdiction are vested in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida. Plaintiff demands a trial by jury.

        2.       The parties are:

                a)       The Plaintiff, Robert Dick, is sui juris and resides in Tallahassee, Florida;

                b)       The Defendant, Depositors Insurance Company, is a corporation registered to do business in the State of Florida and doing substantial business in Leon County, Florida, including the issuance and delivery of the insurance policy that is at issue.

        3.       On July 2, 2016, in Tallahassee, Florida, the Plaintiff, Robert Dick, was injured by an unidentified motorist and was at that time insured under a policy containing Uninsured/Underinsured Motorist coverage issued by the Defendant, Depositors Insurance Company. Copies of the policy and applicable endorsements are within the possession of

Defendant Depositors Insurance Company.

4. At that time and place, the Plaintiff, Robert Dick, was injured in an automobile/bicycle accident caused by the negligence of an unidentified driver, while the aforesaid policy was in full force and effect.

5. As a result of the unidentified status of the other driver, the Plaintiff, Robert Dick, is entitled to the benefits of his UM coverage. The Defendant, Depositors Insurance Company, has failed to pay Plaintiff the benefits due and payable under said policy.

6. Plaintiff has complied with all conditions precedent.

WHEREFORE, Plaintiff, Robert Dick demands judgment for damages against the Defendant, Depositors Insurance Company, together with prejudgment interest as permitted, the costs of this action and such other relief as may be deemed just and proper. Plaintiff demands a trial by jury.

Filed this 9th day of August, 2017.

*John H. Foote*

John H. Foote
THE FOOTE LAW FIRM
FL BAR ID No. 0871230
222 W. 6th Ave.
Tallahassee, FL 32303
850-224-1080 FAX 850-224-1081
Attorney for Plaintiff
john@footelawfirm.com
janice@footelawfirm.com